## N. B. HIGH v. STATE.

No. A-1916. Opinion Filed April 12, 1913.

(131 Pac. 189.)

APPEAL — Taking of Appeal—Time. In misdemeanor cases the appeal must be taken within 60 days from the date of the judgment, unless the trial judge, for good cause shown, extends the time for taking the appeal not exceeding 60 days additional. After this time has expired, no appeal can be taken.

(Syllabus by the Court.)

*Appeal from Roger Mills County Court;*
*E. E. Tracy, Judge.*

N. B. High was convicted of violating the prohibitory liquor law, and he appeals. Appeal dismissed.

*E. L. Mitchell,* for appellant.
*C. J. Davenport,* Asst. Atty. Gen., for the State.

FURMAN, J. Section 6948, Comp. Laws 1909 (Rev. Laws, 5991). is as follows:

"In misdemeanor cases the appeal must be taken within sixty days after the judgment is rendered; provided, however, that the trial court may, for good cause shown, extend the time in which the appeal may be taken not exceeding sixty days."

In this case the appellant was convicted for a violation of the prohibitory liquor law, and his punishment was assessed at a fine of $50, and 30 days confinement in the county jail.

Judgment was rendered against appellant on the 24th day of August, 1912, but the appeal was not perfected by filing the record in this court until February 20, 1913. As the appeal was not perfected within the time required by law, this court has not acquired jurisdiction of the cause. As no counsel has appeared in this court to represent appellant, we are impelled to the belief that this attempted appeal was used merely for the purpose of securing delay.

The appeal is dismissed for want of jurisdiction, and the cause is remanded to the county court of Roger Mills county, with directions to the trial court to proceed with the enforcement of its judgment.

ARMSTRONG, P. J., and DOYLE, J., concur.